Decided September 27, 2002

STATE OF CONNECTICUT *v.* ALLAN NICHOLSON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 71 Conn. App. 585 (AC 22834), is denied.

*John A. East III,* senior assistant state's attorney, in support of the petition.

*Daniel J. Krisch* and *Michael S. Taylor*, special public defenders, in opposition.

Decided September 27, 2002

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 71 Conn. App. 865 (AC 21636), is denied.